## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | MDL No. 2100 |
| LITIGATION | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Rachel Heinsohn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13237-DRH |
| *Jean Jasinski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11697-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 13, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> **BY:  /s/*Caitlin Fischer***
> **Deputy Clerk**

**Dated:** June 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.18
08:13:44 -05'00'

**APPROVED:**
> **CHIEF JUDGE**
> **U. S. DISTRICT COURT**